

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

09/25/2025 01:35 PM

COURTROOM Room 4-102

HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 2:25-bk-00382-FMD | 13 | 03/06/2025 |

**Chapter 13**

| **DEBTOR:** | Jose Guerra Diaz |
| | Maxine Lamoureux |
| **DEBTOR ATTY:** | **Melissa Jeda** |
| **TRUSTEE:** | **Jon Waage** |

**HEARING:**

Continued Confirmation Hearing

**APPEARANCES:**: Melissa Jeda, Kimberly McIntyre

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Continued Confirmation Hearing-   Continued to 1/8/2026 at 1:35 pm, Announced in Open Court No Further Notice Given
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.