**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

| | |
|---|---|
| In re: | Case No.2:25-bk-00382-FMD |
| | Chapter 13 |
| Jose A. Guerra Diaz | |
| Maxine M. Lamoureux | |
|     Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEES' FRBP 2012 REPORT**
**ACCOUNTING OF PRIOR ADMINISTRATION OF CASE**

Jon W. Waage, former Chapter 13 Trustee for the period from the petition date through September 30, 2025, and Daryl J. Smith, successor Chapter 13 Trustee for the above-captioned case, submit the following accounting of the estate pursuant to 11 U.S.C. §1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $4,800.00 | |
| Less amount refunded to debtor | $0.00 | |
| **Net Receipts:** | | **$4,800.00** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $480.00 | |
| Other | $0.00 | |
| Secured Creditors | $0.00 | |
| Priority Creditors | $0.00 | |
| General Unsecured Creditors | $0.00 | |
| **Total Expenses of Administration:** | | **$480.00** |

| | |
|---|---|
| **Balance Transferred to Successor Trustee** | **$4,320.00** |

Dated: 9/30/2025

| | |
|---|---|
| /s/ Jon W. Waage | /s/ Daryl J. Smith |
| Former Chapter 13 Standing Trustee | Successor Chapter 13 Standing Trustee |
| P.O. Box 25001 | P.O. Box 25001 |
| Bradenton, FL 34206 | Bradenton, FL 34206 |