UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:

JOSE A. GUERRA DIAZ and
MAXINE M. LAMOUREUX,

                                             CASE NO. 2:25-bk-00382-FMD
              Debtor.         Chapter 13
_____/

**DEBTORS' OBJECTION TO CLAIM NO. 8
FILED BY VW CREDIT LEASING, LTD**

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

      **IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER YOU MUST FILE A RESPONSE WITH THE CLERK OF COURT AT CLERK OF THE COURT AT 801 N. FLORIDA AVENUE, SUITE 555, TAMPA, FL 33602-3899, AND SERVE A COPY ON THE MOVANT'S ATTORNEY, MILLER HOLLANDER AND JEDA, 5278 GOLDEN GATE PARKWAY, SUITE 2, NAPLES, FL 34116 WITHIN THIRTY (30) DAYS FROM THE DATE OF THE ATTACHED PROOF OF SERVICE, PLUS AN ADDITIONAL THREE DAYS IF THIS PAPER WAS SERVED ON ANY PARTY BY U.S. MAIL.**

      **IF YOU FILE AND SERVE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL EITHER NOTIFY YOU OF A HEARING DATE OR THE COURT WILL CONSIDER THE RESPONSE AND GRANT OR DENY THE RELIEF REQUESTED IN THIS PAPER WITHOUT A HEARING. IF YOU DO NOT FILE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE RELIEF REQUESTED IN THE PAPER, AND THE COURT MAY GRANT OR DENY THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING.**

      **YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY IF YOU HAVE ONE. IF THE PAPER IS AN OBJECTION TO YOUR CLAIM IN THIS BANKRUPTCY CASE, YOUR CLAIM MAY BE REDUCED, MODIFIED, OR ELIMINATED IF YOU DO NOT TIMELY FILE AND SERVE A RESPONSE.**

NOW COME, Debtors, JOSE A. GUERRA DIAZ and MAXINE M. LAMOUREUX, by and through her undersigned counsel and pursuant to 11 U.S.C. §502(b) objects to Claim No. 8 filed by VW Credit Leasing, Ltd (hereinafter "Claimant) and in support thereof state as follows:

1. The Debtors filed for relief under Chapter 13 on March 6, 2025.

2. Claimant is provided for in Debtors' Chapter 13 Plan on page 8 in section 6(b), under Assumption of Leases/Executory Contracts for Real or Personal Property to be Paid Directly by Debtor.

3. Claimant timely filed Claim No. 8 in the general unsecured amount of $11,193.28 for a leased 2024 Volkswagen Toas.   Said claim is unliquidated and contingent upon the Debtor(s) performing under the lease agreement.

4. The Debtors are current in their contractually due payments to Claimant.

WHEREFORE Debtors, JOSE A. GUERRA DIAZ and MAXINE M. LAMOUREUX, request this Court to sustain the Objection and to allow claim No. 8 filed by VW Credit Leasing LTD without distribution, and for such and further relief that this Court deems just and proper.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by first class U.S. Mail, postage fully prepaid, or by electronic notice to:

U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602; Daryl J. Smith, Trustee, P.O. Box 25001, Bradenton, FL 34206-5001; VW Credit Leasing Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, TX 75001; and VW Credit Leasing, Ltd, c/o Gatlyn Lindbergh, Claimant/Title Authorized Agent for VW Credit, Inc. , Bonial & Associates, P.C., P.O. Box 9013, Addison Texas 75001; this  2nd  day of  December , 2025.

                                  MILLER, HOLLANDER and JEDA
                                  Attorneys for Debtors
                                  5278 Golden Gate Pkwy, Suite 2
                                  Naples, FL 34116
                                  Telephone 239-775-2000
                                  Facsimile 239-775-7953

                                By: /S/MELISSA H. JEDA
                                     RICHARD J. HOLLANDER
                                     Florida Bar No. 884900
                                     MELISSA H. JEDA
                                     Florida Bar No. 106407