# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

In re:

| | |
|---|---|
| JOSE A GUERRA DIAZ<br>*AKA* JOSE ALEXANDER GUERRA DIAZ<br>*AKA* JOSE GUERRA<br>MAXINE M LAMOUREUX<br>*AKA* MAXINE MARIE EMEE EVE LAMOUREUX | CASE NO.  2:25-bk-00382-FMR<br>CHAPTER 13 |

               Debtors.
_____/

## LIMITED RESPONSE TO DEBTORS' OBJECTION TO CLAIM 9-1

Creditor, VW Credit, Inc., as servicing agent for VW Credit Leasing, Ltd, responds to Debtors' Objection to Claim (Doc. No. 34) and states:

1. Creditor is the lessor on the title to the following vehicle:

               2024 Volkswagen Tiguan
           VIN: 3VV3B7AX2RM144866 ("Vehicle").

2. Creditor filed Proof of Claim 9-1 ("Claim") in the amount of $13,948.16 as to the remaining lease payments due under the underlying Lease.

3. Moreover, the Claim is *prima facie* evidence of the debt at the time of the filing of the case, pursuant to Federal Rule of Bankruptcy Procedure 3001(f).

4. The Debtor's Objection seeks to allow the Claim as filed without distribution as the Debtor intends to assume the Lease.

5. Creditor does not oppose the allowance of its Claim, subject to the underlying Lease being assumed pursuant to 11 U.S.C. §365 and without prejudice to a future amendment of the Claim, as needed.

**WHEREFORE**, Creditor respectfully requests the Court allow the Claim as filed without distribution from the Chapter 13 Trustee, subject to the assumption of the underlying

Lease and without prejudice to a future amendment of the Claim, permit Creditor to be treated directly outside of the bankruptcy, and for such other and further relief as the Court deems appropriate.

/s/ Gavin N. Stewart
Gavin N. Stewart, Esquire
Florida Bar Number 52899
P.O. Box 5703
Clearwater, FL 33758
P: (727) 565-2653
F: (727) 213-9022
E: bk@stewartlegalgroup.com
Counsel for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing by CM/ECF notice and first-class mail to the parties below this 29th day of December 2025.

/s/ Gavin N. Stewart
Gavin N. Stewart, Esquire

**VIA FIRST-CLASS MAIL**
Jose A Guerra Diaz
Maxine M Lamoureux
15230 Allura Circle #2102
Naples, FL 34110

**VIA CM/ECF NOTICE**
Richard J. Hollander
Miller, Hollander & Jeda
5278 Golden Gate Pkwy., Suite 2
Naples, FL 34116

Daryl Smith
Daryl J. Smith, Standing Chapter 13 Trustee
P.O. Box 25001
Bradenton, FL 34206

U.S. Trustee
United States Trustee - FTM7/13, 7
Timberlake Annex, Suite 1200

501 E Polk Street
Tampa, FL 33602