UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
XXXXXXXXX DIVISION
www.flmb.uscourts.gov

In re:

Case No. 2:25bk-00382-FMR
Chapter 13

Jose A Guerra Diaz and
Maxine M. Lamoureux,

            Debtors.

_____/

## **WITHDRAWAL OF CLAIM**

Creditor Naples Massage, Inc., by and through the undersigned legal counsel, hereby

withdraws Proof of Claim Number 4 filed April 11, 2025.

**Dated**: March 12, 2026

Respectfully submitted,

**DAL LAGO LAW**
999 Vanderbilt Beach Road
Suite 200
Naples, FL 34108
Telephone: (239) 571-6877

By: */s/ Jennifer M. Duffy*
MICHAEL R. DAL LAGO
Florida Bar No. 102185
Email: mike@dallagolaw.com
CHRISTIAN GARRETT HAMAN
Florida Bar No. 1017079
Email: chaman@dallagolaw.com
JENNIFER M. DUFFY
Florida Bar No. 1028911
Email: jduffy@dallagolaw.com

*Counsel for Naples Massage, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I CERTIFY on March 12, 2026 that a true and correct copy of the foregoing shall be

served by the Court's CM/ECF Noticing system upon entry to all parties registered for service in

this Case.

By: *Jennifer M. Duffy*
JENNIFER M. DUFFY
Florida Bar No. 1028911