[dntcclm][Notice of Claim(s) filed by Debtor/Trustee]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:                                                                Case No. 2:25−bk−00382−FMR
                                                                      Chapter 13

Jose A Guerra Diaz
aka Jose Alexander Guerra Diaz
aka Jose Guerra

Maxine M Lamoureux
aka Maxine Marie Emee Eve Lamoureux

                    Debtor*                /

## NOTICE OF CLAIM(S) FILED BY DEBTOR/TRUSTEE

TO:

Canada Revenue Agency
Toronto Centre Tax Service Office
1 Front Street West, Toronto, ON M5J 2X5

    Notice is given pursuant to Fed. R. Bankr. P. 3004 that the Debtor filed a claim on your behalf in the above captioned matter on March 27, 2026, in the amount of $36,162.11.  The filing of a proof of claim by you, according to Fed. R. Bankr. P. 3002(c) or 3003(c), shall supersede the proof of claim filed by the Debtor(s)/Trustee.

        Dated on May 07, 2026.

                                        FOR THE COURT
                                        Jose A Rodriguez, Clerk of Court
                                        Sam M. Gibbons United States
                                        Courthouse
                                        801 North Florida Avenue
                                        Suite 555
                                        Tampa, FL 33602−3899

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.