

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/28/2026 01:35 PM

COURTROOM Room 4-102

**HONORABLE LUIS RIVERA**

| CASE NUMBER: | | FILING DATE: |
| --- | --- | --- |

**2:25-bk-00382-FMR**          **13**          **03/06/2025**

**Chapter 13**

**DEBTOR:**         Jose Guerra Diaz

                Maxine Lamoureux

**DEBTOR ATTY:**   **Melissa Jeda**

**TRUSTEE:**       **Daryl Smith**

**HEARING:**

*Final Confirmation Hearing

**APPEARANCES::** Melissa Jeda, Michael Cecil

**WITNESSES:**

**EVIDENCE:**

**RULING:**
*Final Confirmation Hearing-   Continued to 9/22/2026 at 1:35 pm for a Final Confirmation Hearing O/Trustee
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.